[No. 22656-5-III. Division Three. April 21, 2005.]

CHERYL L. FORBES ET AL., *Respondents*, v. ABM INDUSTRIES, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-05753-2, Jerome J. Leveque, J., entered January 16, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 22694-8-III. Division Three. April 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN MICHAEL PENNINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01763-1, Jerome J. Leveque, J., entered January 9, 2004. *Reversed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22798-7-III. Division Three. April 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK D. HUCKABA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01807-5, Robert D. Austin, J., entered January 30, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22992-1-III. Division Three. April 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD A. FOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00654-3, Craig J. Matheson, J., entered April 16, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz and Brown, JJ.